# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**WILLIAM DEVRIES**                                                                 **PLAINTIFF**

**V.**                                        **CIVIL ACTION NO. 1:18CV401 LRA**

**ANDREW SAUL**
**COMMISSIONER OF SOCIAL SECURITY**                  **DEFENDANT**

## FINAL JUDGMENT

The Court hereby orders, pursuant to 42 U.S.C. § 405(g), that the Complaint be dismissed and that final judgment be entered in favor of the Commissioner in accordance with the Memorandum Opinion and Order entered by this Court. The above-style and numbered cause is dismissed with prejudice.

SO ORDERED on March 31, 2020.

                                                 s/ Linda R. Anderson
                                     UNITED STATES MAGISTRATE JUDGE